UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREW LINC KEIL, | : |
| v. | :  CASE NO. 3:01CV865 (AWT) |
| FRED MARYANSKI, ROBERT JEFFERS, GAY DOUGLAS, MARGARET JABLONSKI, JULANE LOVELACE, MARTINE FRANCOIS, and KEVIN CROWTHERS | : : : |

## JUDGMENT

This action having come on for consideration of the defendant's motion for summary judgment before the Honorable Alvin W. Thompson, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a ruling granting the motion, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants Fred Muryanski, Robert Jeffers, Gay Douglas, Margaret Jablonski, Julane Lovelace, Martine Francois, and Kevin Crowthers.

Dated at Hartford, Connecticut, this 20th day of June, 2005.

KEVIN F. ROWE, Clerk

By _____
Sandra Smith
Deputy Clerk

EOD _____