FORM 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Linc Andrew Keil

Fred Maryanski, Robert Jeffers, Gay Douglas, Margaret Jablonski, Julane Lovelace, Martine Francois and Kevin Crowthers

CIVIL CASE NO.

3:01CV00865 AWT

FILED 2005 JUL 19 A 11:18 U.S. DISTRICT COURT BRIDGEPORT, CONN.

### NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Linc Andrew Keil__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (describe the Judgment or Order):

Ruling on Motion for Summary Judgement

2. The Judgment /Order in this action was entered on __June 21, 2005__.
(date)

_Linc A. Keil_
Signature

_Linc A. Keil_
Print Name

322 Black Rock Tpke

Redding CT 06896
Address

Date: __July 18, 2005__

203 241 0460
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).