**MANDATE**

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007**

18th Floor

FILED

2006 MAR 27 P 2: 23

U.S. ...

*Filed MAR 14 2006 — Roseann B. MacKechnie, Clerk, Second Circuit*

Roseann B. MacKechnie
CLERK

Date: 3/14/06
Docket Number: 05-3985-cv
Short Title: Keil v. Maryanski
DC Docket Number: 01-cv-865
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Alvin Thompson

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 14th day of March, two thousand and six.

Andrew Linc Keil,

   Plaintiff-Appellant,

      v.

Fred Maryanski, Robert Jeffers, Gay Douglas, Margaret Jablonski, Julane Lovelace, Martine Francois, Kevin Crowthers,

   Defendants-Appellees.

A scheduling order in accordance with the *Civil Appeals Management Plan* of this court having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

A TRUE COPY
Roseann B. MacKechnie, Clerk
by: Janine Moreno
Deputy Clerk

For the Court,
Roseann B. MacKechnie, Clerk

By: Janine Moreno
Deputy Clerk

Certified: 03/14/06