Connecticut (New Haven)
01-cv-865
Thompson, Alvin (mag)

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

**SUMMARY ORDER**

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO SUMMARY ORDERS FILED AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY THIS COURT'S LOCAL RULE 0.23 AND FEDERAL RULE OF APPELLATE PROCEDURE 32.1. IN A BRIEF OR OTHER PAPER IN WHICH A LITIGANT CITES A SUMMARY ORDER, IN EACH PARAGRAPH IN WHICH A CITATION APPEARS, AT LEAST ONE CITATION MUST EITHER BE TO THE FEDERAL APPENDIX OR BE ACCOMPANIED BY THE NOTATION: "(SUMMARY ORDER)." UNLESS THE SUMMARY ORDER IS AVAILABLE IN AN ELECTRONIC DATABASE WHICH IS PUBLICLY ACCESSIBLE WITHOUT PAYMENT OF FEE (SUCH AS THE DATABASE AVAILABLE AT HTTP://WWW.CA2.USCOURTS.GOV/), THE PARTY CITING THE SUMMARY ORDER MUST FILE AND SERVE A COPY OF THAT SUMMARY ORDER TOGETHER WITH THE PAPER IN WHICH THE SUMMARY ORDER IS CITED. IF NO COPY IS SERVED BY REASON OF THE AVAILABILITY OF THE ORDER ON SUCH A DATABASE, THE CITATION MUST INCLUDE REFERENCE TO THAT DATABASE AND THE DOCKET NUMBER OF THE CASE IN WHICH THE ORDER WAS ENTERED.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York on the 16th day of February, two thousand and seven.

Present:

  Hon. John M. Walker, Jr.,
  Hon. Robert D. Sack,
    *Circuit Judges,*
  Hon. George B. Daniels,
    *District Judge*[*].



_____

Andrew Linc Keil,

  Plaintiff-Appellant,

v.            05-3985-cv

Fred Maryanski, Robert Jeffers, Gay Douglas, Margaret Jablonski, Julane Lovelace, Martine Francois, Kevin Crowthers,

  Defendants-Appellees.

_____

Appearing for Appellant:  Andrew Linc Keil, *pro se*, Redding, Connecticut

Appearing for Appellees:  Gregory T. D'Auria, Assistant Attorney General, State of Connecticut

_____

  [*]The Honorable George B. Daniels, of the United States District Court for the Southern District of New York, sitting by designation.



ISSUED AS MANDATE:

APR 2 5 2007

1                                   Hartford, Connecticut

3            Appeal from the United States District Court for the District of Connecticut.

6          **UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND**
7 **DECREED** that the judgment of the district court be and it hereby is **AFFIRMED**.

9         Plaintiff-appellant Andrew Linc Keil, *pro se*, appeals from a judgment of the United States
10 District Court for the District of Connecticut (Thompson, *J.*) granting the defendants-appellees'
11 motion for summary judgment. We assume the parties' familiarity with the facts and procedural
12 history underlying this appeal.

14         We review the district court's grant of summary judgment *de novo*, deciding whether the
15 district court properly concluded that there were no genuine issues of material fact and that the
16 moving party was entitled to judgment as a matter of law. *See Miller v. Wolpoff & Abramson,*
17 *L.L.P.*, 321 F.3d 292, 300 (2d Cir. 2003). In determining whether there are genuine issues of
18 material fact, we are "required to resolve all ambiguities and draw all permissible factual inferences
19 in favor of the party against whom summary judgment is sought." *Terry v. Ashcroft*, 336 F.3d 128,
20 137 (2d Cir. 2003).

22         For substantially the same reasons set forth by the district court, we conclude that the court
23 properly granted the defendants-appellees' motion for summary judgment. To the extent that Keil
24 now raises claims related to an alleged invasion of privacy or to alleged efforts to assemble a hearing
25 panel sympathetic to the complainant, we decline to consider them because he failed to raise them
26 in the district court. *See Bogle-Assegai v. Conn.*, 470 F.3d 498, 504 (2d Cir. 2006).

28         Accordingly, the judgment of the district court is hereby AFFIRMED.

30                            FOR THE COURT:
31                            Thomas Asreen, Acting Clerk
33                            By: *Lucille Carr*

-2-

A TRUE COPY
Thomas Asreen, Acting Clerk

by *Grossman*
Deputy Clerk